UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
WARREN EVANS,

                        Plaintiff,

      - against -

BROOKLYN NAVY YARD DEVELOPMENT
CORPORATION and BROOKLYN NAVY
YARD COGENERATION PARTNERS, L.P.,

                        Defendants.
----------------------------------------------------------- x
BROOKLYN NAVY YARD DEVELOPMENT
CORPORATION and BROOKLYN NAVY
YARD COGENERATION PARTNERS, L.P.,

                      Third-Party Plaintiffs,

      - against -

DELTAK CONSTRUCTION SERVICES, INC.,

                      Third-Party Defendant.
----------------------------------------------------------- x

**ORDER**

09 CV 5113 (RJD) (RML)

DEARIE, District Judge.

      Plaintiff Warren Evans alleges that while working on a construction project in 2005, he was struck by a crane cable and permanently injured. Compl. ¶ 24. Evans sued Brooklyn Navy Yard Development Corporation and Brooklyn Navy Yard Cogeneration Partners, L.P. in state court. The defendants, in turn, filed a third-party complaint against Deltak Construction Services, the subcontractor for the construction project. Third-party defendant Deltak removed the action to federal court and moved to dismiss the third-party complaint under Rule 12(b)(6).

On May 16, 2012, Magistrate Judge Robert M. Levy recommended denying Deltak's motion to dismiss. ECF Docket # 25. Neither party filed objections. Having reviewed the motion papers and Magistrate Judge Levy's careful analysis, the Court adopts the Report and Recommendation, denying Deltak's motion to dismiss the third-party complaint.

SO ORDERED.

Dated: Brooklyn, New York
       June 2̲5̲, 2012

s/ Judge Raymond J. Dearie

RAYMOND J. DEARIE
United States District Judge